Kelly McNertney
Attorney at Law
State Bar No. 212933
604 10th Street
Sacramento, CA  95814

Attorney for Defendant
Terrance Cruz

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRANCE CRUZ (SR.)<br><br>Defendant, | CASE NO.  2:13 MJ 00354<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |

**STIPULATION**

Defendant, by and through his counsel of record, together with Plaintiff, United States of America, by and through its counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on June 23, 2014.

2. By this stipulation, defendant now moves to vacate the current trial date and to set the matter for trial on August 4, 2014 at 9:00 a.m. in Department 26, and to exclude time between June 23, 2014 and August 4, 2014 under Local Code T4.  Defendant further moves to waive any further status conference.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Defense is still undergoing investigation and research in order to adequately advise Mr. Cruz of his interests, rights and in addition fully and adequately prepare his case for trial. Specifically, defense has realized that some additional time would be necessary to personally contact

1

and serve subpoenas to two live witnesses, and that this would not be completed before June 23, 2014.

      b.      The government does not object to the continuance.

      c.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      d.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 23, 2014 to August 4, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:   June 18, 2014.

                                      /s/ *
                                      ERIC CHAI
                                      Special Assistant United States Attorney

DATED:   June 18, 2014.

                                      /s/ Kelly McNertney
                                      KELLY MCNERTNEY
                                      Counsel for Defendant

               *Signed with permission given via email and phone on June 18, 2014

**O R D E R**

IT IS SO FOUND AND ORDERED this 19th day of June, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

3