Kelly McNertney
Attorney at Law
State Bar No. 212933
604 10th Street
Sacramento, CA  95814

Attorney for Defendant
Terrance Cruz

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>TERRANCE CRUZ (SR.)<br><br>　　　　　　　　Defendant, | CASE NO.  2:13 MJ 00354<br><br>[~~PROPOSED~~] ORDER TO SEAL DOCUMENT #21 |

**O R D E R**

DOCUMENT #21 WAS ERRONEOUSLY FILED PUBLICLY BY DEFENSE AND SHOULD REMAIN EX PARTE AND SEALED AS IT WOULD REVEAL CONFIDENTIAL INFORMATION.  THE DOCUMENT #21 REMAINING IN THE COURT FILE SHOULD BE SEALED.

IT IS SO FOUND AND ORDERED this 1st day of August, 2014.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1