**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF CALIFORNIA**



**FILED**

AUG - 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. 2:13MJ00354-AC

Terrance J. Cruz

**ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
~~CITY        STATE    ZIP CODE~~

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 8-4-2014          _____
                          DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ 450.00 and a penalty assessment of $ 10.00 for a TOTAL AMOUNT OF: $ 460.00 within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the 4/28/15 of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**
PO BOX 70939
CHARLOTTE, NC 28272-0939

**CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

**(CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322)

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 8/4/14          _____
                       Ac. /Val.
                       U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                        EDCA-3