BENJAMIN B. WAGNER
United States Attorney
LAURA A. HUGGINS
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 2:13-MJ-00354-AC |
| Plaintiff, | ) ORDER TO APPEAR |
| v. | ) DATE:  May 18, 2015 |
| | ) TIME:  9:00 a.m. |
| TERRANCE J. CRUZ, SR., | ) JUDGE: Hon. Allison Claire |
| Defendant. | ) |

It is hereby ordered that the defendant in the above-captioned matter shall appear before this Court on May 18, 2015, at 9:00 a.m. to show cause why his court probation granted on August 4, 2014, should not be revoked.  It is further ordered that the Clerk of the Court shall issue a summons to the above-named defendant forthwith.

IT IS SO ORDERED.

Dated: April 28, 2015

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO APPEAR