IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:13-mj-00354-AC |
| Plaintiff, | ) ORDER TO SHOW CAUSE AND ORDER ) TO ISSUE SUMMONS RE: PROBATION |
| v. | ) REVOCATION |
| TERRANCE CRUZ, SR., | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE AND ISSUE SUMMONS**

It is Hereby Ordered that the defendant shall appear on March 20, 2017, at 9:00 a.m. to show cause why the probation granted on August 4, 2014, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

It is further ordered that the Clerk's office shall issue a summons directing the defendant to appear on March 20, 2017, at 9:00 a.m.

IT IS SO ORDERED.

Dated: February 24, 2017

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE