```
PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-MJ-00354-AC |
| | ) | |
| Plaintiff, | ) | REQUEST TO WITHDRAW PETITION TO |
| | ) | REVOKE PROBATION AND [~~Proposed~~] |
| v. | ) | ORDER |
| | ) | |
| TERRANCE CRUZ, SR., | ) | Date:  March 20, 2017 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Allison Claire |
| | ) | |
| | ) | |
| | ) | |

**REQUEST TO WITHDRAW PETITION**

On February 24, 2017, the United States filed a Petition for Revocation of Probation and Notice of Hearing. The United States seeks leave of Court to withdraw the Petition for Revocation of Probation and asks the Court to vacate the hearing set for March 20, 2017.

DATED: March 10, 2017                          PHILLIP A. TALBERT
                                               United States Attorney

                                          By:  */s/ Justin L. Lee*
                                               JUSTIN L. LEE
                                               Assistant U.S. Attorney

REQUEST TO WITHDRAW PETITION AND ORDER

**ORDER**

It is hereby ordered that plaintiff United States of America's request to withdraw the petition for revocation of probation filed against defendant TERRANCE CRUZ SR. is GRANTED.  It is further ordered that the show cause hearing date scheduled on March 20, 2017 is VACATED.

DATED: March 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE